**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STEPHANIE FEULNER, VERNON**
**HITCHNER and VICTORIA SHUGART,**

        **Plaintiffs,**

**v.**                                                 **Case No:   6:16-cv-875-Orl-40DAB**

**SOUTH REHABILITATION CENTER,**
**INC. and DEDRIX DAKA,**

        **Defendants.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration of Defendant South Rehabilitation Center, Inc.'s failure to obtain counsel as previously ordered by the Court. It is respectfully RECOMMENDED that default be entered against the corporation.

Plaintiffs filed suit against Defendants South Rehabilitation Center, Inc. and Dedrix Daka asserting claims for unpaid overtime under the Fair Labor Standards Act and related state claims. Doc. 1. Although an answer to the Complaint was filed on behalf of Defendant South Rehabilitation Center, Inc. (Doc. 9), it was signed by Dedrix Daka, appearing pro se. It does not appear that Dedrix Daka is counsel for South Rehabilitation Center, Inc., or that she is a member of the Florida Bar or the Middle District Bar. Thus, the Answer of South Rehabilitations Center, Inc. failed to comply with the requirements of Local Rules 2.01 and 2.03 of the Middle District of Florida[1].

---

[1] "A corporation may appear and be heard only through counsel admitted to practice in the Court pursuant to [Local] Rule 2.01 or Rule 2.02." United States District Court for the Middle District of Florida, Local Rule 2.03. Local Rule 2.01 requires that, "No person shall be permitted to appear or be heard as counsel for another in any proceeding in this Court unless first admitted to practice in the Court pursuant to this rule." United States District Court for the Middle District of Florida, Local Rule 2.01.

On July 19, 2016, South Rehabilitation Center, Inc.'s Answer was ordered stricken and South Rehabilitation Center, Inc. was ordered to obtain counsel by August 2, 2016, which it has failed to do. Accordingly, it is respectfully **RECOMMENDED** that the Clerk be directed to enter a default against South Rehabilitation Center, Inc.

### ]**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

**Recommended** in Orlando, Florida on August 5, 2016.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy