# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

STEPHANIE FEULNER, VERNON
HITCHNER and VICTORIA SHUGART,

      Plaintiffs,

v.                                                      Case No:  6:16-cv-875-Orl-40DAB

SOUTH REHABILITATION CENTER,
INC. and DEDRIX DAKA,

      Defendants.
_____/

## **ORDER**

      This cause is before the Court following Defendant South Rehabilitation Center's Inc.'s failure to obtain counsel as previous ordered by the Court.  (Doc. 11).  The United States Magistrate Judge has submitted a report recommending that a default be entered against South Rehabilitation Center Inc.

      After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

      Therefore, it is **ORDERED** as follows:

      1.    The Report and Recommendation filed August 5, 2016 (Doc. 12), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

      2.    The Clerk is **DIRECTED** to enter a default against South Rehabilitation Center, Inc.

**DONE AND ORDERED** in Orlando, Florida on August 31, 2016.

                                                                 PAUL G. BYRON
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties