# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

STEPHANIE FEULNER,
VERNON HITCHNER,
VICTORIA SHUGART

Plaintiffs,

vs.

SOUTH REHABILITATION
CENTER, INC., and DEDRIX DAKA

Defendants.

Case No. 6:16-cv-875-Orl-40DCI

## UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE SETTLEMENT AGREEMENT

Plaintiffs STEPHANIE FEULNER, VERNON HITCHNER, and VICTORIA SHUGART (hereinafter, "Plaintiffs"), pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully move for a forty-five (45) day extension of time to submit the Plaintiffs' and Defendants' Settlement Agreement for approval by this Court as it relates to claims of unpaid wages under Florida common law, breach of oral and written contracts, and unpaid overtime wages under the Fair Labor Standards Act ("FLSA"). As grounds for this motion, the Plaintiffs state:

1. A mediation was conducted on August 3, 2017, in which the matter was fully resolved, as indicated by the Mediation Report (ECF Doc 47) and the Notice of Settlement (ECF Doc 50).

2. Plaintiffs' counsel has worked diligently to complete a Settlement Agreement with *pro se* Defendant, Dedrix Daka, for approval by this Honorable Court.

3. While the parties initially believed that a Settlement Agreement would be ready for filing by September 21, 2017, they have been unable to finalize the Settlement Agreement in writing as was planned.

4. There have been no bad-faith occurrences that have led to the need for this extension. There were some delays in communications due to Hurricane Irma, which caused interruptions in office hours, electrical power, and internet access.

5. Accordingly, for the good cause shown, Plaintiffs seek a forty-five (45) day extension of time to file the Settlement Agreement. The new deadline would be November 6, 2017.

6. This motion is made in good faith and is not filed for the purpose of delay.

7. The parties will not be harmed or prejudiced if the Court grants the relief sought herein.

## COMPLIANCE WITH LOCAL RULE 3.01(g)

On September 21, 2017, via telephone, Plaintiffs' counsel contacted *pro se* Defendant, Dedrix Daka, who has indicated that he does not object to the relief sought herein.

## INCORPORATED MEMORANDUM OF LAW

Pursuant to Rule 6(b)(1)(A), Federal Rules of Civil Procedure, the Court may enlarge time for good cause shown if the request is made, before the original time or its extension expires. *See also Drury v. Guidant Corporation*, 2003 WL 22769084, at *1 (M.D. Fla. 2003). In this instance, the time to the Settlement Agreement, September 21, 2017, has not expired. No other deadlines will be affected by this extension, and no party will be prejudiced.

WHEREFORE, the Plaintiffs request that the Court enter an Order granting a forty-five (45) day extension of time to file the Settlement Agreement, up to and including Monday, November 6, 2017.

Respectfully submitted this 21st day of September, 2017.

        s/ Louis Montone_____
Louis Montone, Esquire
Florida Bar No. 112096
Nathan A. McCoy, Esquire
Florida Bar No. 0676101
WILSON MCCOY, P.A.
711 N. Orlando Ave, Suite 202
Maitland, Florida 32751
Telephone:   (407) 803-5400
Facsimile:   (407) 803-4617
E-Mail:lmontone@wilsonmccoylaw.com
nmccoy@wilsonmmccoylaw.com
TRIAL COUNSEL for the PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of September, 2017, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system. A true and correct copy was also sent to *pro se* Defendant Dedrix Daka by email at dwdaka@gmail.com.

        s/ Louis Montone_____
Louis Montone, Esquire