**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

STEPHANIE FEULNER, VERNON
HITCHNER and VICTORIA SHUGART,

        Plaintiffs,

v.                                    Case No:  6:16-cv-875-Orl-40DCI

SOUTH REHABILITATION CENTER,
INC. and DEDRIX DAKA,

        Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiffs' Opposed Motion to Approve Settlement Agreement (Doc. 62) filed on December 7, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 8, 2018 (Doc. 63), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Opposed Motion to Approve Settlement Agreement (Doc. 62) is **GRANTED**.

3. The Court **FINDS** the Mediated Agreement (Doc. 62-1) to be a fair and reasonable settlement of Plaintiff's respective FLSA claims.

4. This case is **DISMISSED with prejudice**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 26, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties